**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ Bar No. 030204)
Christopher J. Bendau (AZ Bar No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
         chris@bendaulaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Dustin Corner**, <br><br> Plaintiff, <br><br> vs. <br><br> **Brothers and Keepers Corporation**, et al., <br><br> Defendants. | No. 2:21-cv-01273-DJH <br><br> **PLAINTIFF'S NOTICE OF SERVICE OF INITIAL RULE 26.1 DISCLOSURE STATEMENT** |

Plaintiff hereby gives notice of serving his initial Rule 26.1 Disclosure Statement upon Defendants' counsel on November 9, 2021, via E-Mail.

RESPECTFULLY SUBMITTED this 11th Day of November, 2021.

BENDAU & BENDAU PLLC

/s/ *Christopher J. Bendau*
Clifford P. Bendau, II
Christopher J. Bendau
Attorney for Plaintiff

**Certificate of Service**

I certify that on this 11th day of November, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all parties and counsel of record by operation of the Court's electronic filing system. The Parties may access this filing through the Court system.

/s/ *Christopher J. Bendau*