**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ Bar No. 030204)
Christopher J. Bendau (AZ Bar No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
          chris@bendaulaw.com
*Attorneys for Plaintiff*

**Spire Law, LLC**
Whitney M. DuPree, Esq. (AZ Bar No. 035061)
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765
Telephone: (407) 494-0135
Email: whitney@spirelawfirm.com
          ashwin@spirelawfirm.com
          lauren@spirelawfirm.com

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Dustin Corner**,<br><br>                    Plaintiff,<br><br>vs.<br><br>**Brothers and Keepers Corporation**, et al.,<br><br>                    Defendants. | No.  2:21-cv-01273-DJH<br><br>**STIPULATION TO DISMISS CASE WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this case, with prejudice, each party to bear its own attorneys' fees and costs.

RESPECTFULLY SUBMITTED the 11th Day of January, 2022.

BENDAU & BENDAU PLLC

/s/ *Clifford P. Bendau, II*
Clifford P. Bendau, II
Christopher J. Bendau
Attorneys for Plaintiff

SPIRE LAW, LLC

/s/ *Whitney M. DuPree*
Whitney M. DuPree
Attorney for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th Day of January, 2022, a copy of the foregoing was transmitted electronically to the CM/ECF filing system for filing and transmittal along with copies transmitted to all counsel of record via the CM/ECF system.

/s/ *Clifford P. Bendau, II*